**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *In re* NATIONAL SECURITY LETTERS | **Civil Action No. 16-CV-518-JEB**<br><br>**LODGED UNDER SEAL**<br>**PURSUANT TO 18 U.S.C. § 3511(d)** |

**UNOPPOSED MOTION FOR PARTIAL UNSEALING**

Petitioner, the Attorney General of the United States of America, moves the Court for an Order partially unsealing this matter, including by partially unsealing the following filings in this matter that are currently under seal, in the redacted form attached to this Motion:

(1) The Attorney General's Petition for Judicial Review and Enforcement of Two National Security Letters ("NSLs"), dated March 18, 2016 (attached as Exhibit 1);

(2) Memorandum of Law in Support of the Petition and 4 exhibits, dated March 18, 2016 (attached as Exhibit 2);

(3) (Proposed) Order to Petition for Judicial Review, dated March 18, 2016 (attached as Exhibit 3);

(4) Respondent's Response to Petition for Judicial Review, dated April 8, 2016 (attached as Exhibit 4);

(5) The Attorney General's Reply Memorandum in Support of Petition, dated April 22, 2016; (attached as Exhibit 5);

(6) (Revised Proposed) Order to Reply Memorandum, dated April 22, 2016 (attached as Exhibit 6);

(7) Notice of Recent Authority, dated May 2, 2016 (attached as Exhibit 7);

(8) Minute Entry Order Re Status Hearing, dated May 5, 2016 (attached as Exhibit 8);

(9) Corrected Transcript of Sealed Hearing, dated May 16, 2016 (attached as Exhibit 9);

(10) Order Re Recurring Annual Review, dated May 17, 2016 (attached as Exhibit 10);

(11) Government's Response to the Court's Order of May 17, 2016, and one exhibit, dated June 6, 2016 (attached as Exhibit 11);

(12) Opposition to Government's Response to the Court's Order of May 17, 2016, dated June 20, 2016 (attached as Exhibit 12);

(13) Government's Reply Regarding Court Order of May 17, 2016, dated June 27, 2016 (attached as Exhibit 13);

(14) Order Regarding Unsealing of Memorandum Opinion and Order, dated July 25, 2016 (attached as Exhibit 14);

(15) Government's Objections to Unsealing of Memorandum Opinion and Order, dated Aug. 1, 2016 (attached as Exhibit 15);

(16) Service Provider's Response to the Court's Order of July 25, 2016, dated Aug. 3, 2016 (attached as Exhibit 16).

The grounds for this motion are:

1) The Attorney General's Petition and memorandum in support thereof asked the Court to enforce the nondisclosure obligation of a National Security Letter ("NSL") issued to and served upon respondent by the FBI as authorized by statute, 18 U.S.C. § 2709. The Attorney General brought the Petition pursuant to 18 U.S.C. § 3511, which provides that "[p]etitions, filings, records, orders, and subpoenas must . . . be kept under seal to the extent and as long as necessary to prevent

the unauthorized disclosure of a request for records, a report, or other information made to any person or entity under section 2709(b) . . . ." 18 U.S.C. § 3511(d).

2) On July 25, 2016, the Court ordered that an unsealed version of the Court's Memorandum Opinion and Order in this matter be prepared to serve the public interest in openness of legal proceedings.

3) Subsequently, by agreement of the parties, the Government reviewed the filings in this case for unsealing, focusing on the filings that are pertinent to the issues in the case and of interest to the public in order to lessen the burden on the Government's review process.

4) In accordance with 18 U.S.C. § 3511(d), the Government has redacted sensitive national security and/or law enforcement information in the attached, proposed public versions of the sixteen documents listed above. The redacted material, if made public, would lead to the unauthorized disclosure of factual information concerning the NSL or otherwise may be expected to "result [in] a danger to the national security of the United States, interference with a criminal, counterterrorism, or counterintelligence investigation, interference with diplomatic relations, or danger to the life or physical safety of any person." *See* 18 U.S.C. § 2709(c)(1).

5) The properly sealable, and still-sealed information redacted by the Government in the proposed public versions of the sixteen documents includes, but is not limited to, the identity of respondent and information that could lead to the identification of respondent or to conclusions about the scope, nature, or other important facts pertaining to the underlying investigation.

6) Counsel for the Attorney General has consulted with counsel for Respondent, and the parties have agreed that the sixteen documents listed above can and should be made public only in the form of the attached, redacted versions.

Accordingly, the Attorney General requests that the Court enter an Order granting this motion and unsealing this case on the public docket, as follows:

1) The case should be captioned as *In re National Security Letters*, with Petitioner's counsel identified only as "Law Firm of Perkins Coie." The names of the individual attorneys are to remain under seal;

2) The attached, redacted versions of the sixteen documents listed above should be placed on the public record;

3) This motion should be unsealed and placed on the public record, along with the Court's order partially unsealing this matter;

4) The Court's Memorandum Opinion and Order, dated July 25, 2016, in the form already unsealed (and attached as Exhibit 17) also should be placed on the public docket for this case;

5) Any other document currently under seal in this case should not be unsealed.

March 22, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

JACQUELINE COLEMAN SNEAD
Assistant Director, Federal Programs Branch

*/s/ Eric J. Soskin*
ERIC J. SOSKIN (PA Bar No. 200663)
Senior Counsel
JENNIE L. KNEEDLER (DC Bar No. 500261)

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
tel.: (202) 305-0533
fax: (202) 616-8470
eric.soskin@usdoj.gov

*Attorneys for the Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2017 I served a copy of the foregoing motion on respondent's counsel, Hayley L. Berlin, via email to hberlin@perkinscoie.com, in accordance with counsel's agreement.

March 22, 2017

*/s/*

ERIC J. SOSKIN
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530
tel.: (202) 353-0533
fax: (202) 616-8470
eric.soskin@usdoj.gov

*Attorney for the Attorney General*